AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McNamara, A. J. | United States District Court | 5/1/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge, Senior | ☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br>5b. ☐   Amended Report | 01/01/2011<br>to<br>06/01/2011 |

**7. Chambers or Office Address**

500 Poydras Street, Room C107A
New Orleans, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Christopher Homes-Low Income Housing for elderly, meetings four times per year--uncompensated |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | 5/1/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PREVIOUSLY DELETED | | | | | | | | | |
| 2. PRVIOUSLY DELETED | | | | | | | | | |
| 3. .005 Int. ▓▓▓▓ Baton Rouge, LA | A | Dividend | K | W | | | | | |
| 4. PREVIOUSLY DELETED | | | | | | | | | |
| 5. PREVIOUSLY DELETED | | | | | | | | | |
| 6. PREVIOUSLY DELETED | | | | | | | | | |
| 7. PREVIOUSLY DELETED | | | | | | | | | |
| 8. PREVIOUSLY DELETED | | | | | | | | | |
| 9. PREVIOUSLY DELETED | | | | | | | | | |
| 10. PREVIOUSLY DELETED | | | | | | | | | |
| 11. PREVIOUSLY DELETED | | | | | | | | | |
| 12. PREVIOUSLY DELETED | | | | | | | | | |
| 13. PREVIOUSLY DELETED | | | | | | | | | |
| 14. PREVIOUSLY DELETED | | | | | | | | | |
| 15. PREVIOUSLY DELETED | | | | | | | | | |
| 16. PREVIOUSLY DELETED | | | | | | | | | |
| 17. PREVIOUSLY DELETED | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PREVIOUSLY DELETED | | | | | | | | | |
| 19. 1/8 Int. in house & adjoining Lots, Mandeville, LA (X) | None | K | W | | | | | | |
| 20. Shares of Lord Abbett Affiliate Fund A (X) | None | J | T | | | | | | |
| 21. Shares of Fidelity Puritan Mutual Fund (X) | None | K | T | | | | | | |
| 22. Cleco Common Stock (X) | None | K | T | | | | | | |
| 23. Common Stock AT&T(X) | None | J | T | | | | | | |
| 24. Common Stock Lucent Technologies, Inc. (X) | None | J | T | | | | | | |
| 25. Common Stock NCR (X) | None | J | T | | | | | | |
| 26. Shares Neuberger Berman Guardian Mtl Fund (X) | None | J | T | | | | | | |
| 27. Shares Oppenheimer Municipal Bond Fund (X) | None | J | T | | | | | | |
| 28. Common Stock AIG Insurance Co (X) | None | J | T | | | | | | |
| 29. Common Stock American Realty Trust Co (X) | None | J | T | | | | | | |
| 30. Common Stock BellSouth (X) | None | J | T | | | | | | |
| 31. Shares of Evergreen Income & Growth Fund (X) | None | J | T | | | | | | |
| 32. Shares of Fidelity Equity Income Fund (X) | None | J | T | | | | | | |
| 33. Shares of Fidelity OTC (X) | None | J | T | | | | | | |
| 34. Common Stock Ford Motor Company (X) | None | J | T | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Common Stock ITT Industries, Inc. (X) | | None | J | T | | | | | |
| 36. Shares of Ivy Growth Fund (X) | | None | J | T | | | | | |
| 37. Common Stock Kaufman & Broad Home Corp. (X) | | None | J | T | | | | | |
| 38. Common Stock Lance, Inc. (X) | | None | J | T | | | | | |
| 39. Common Stock Metromedia International Group (X) | | None | J | T | | | | | |
| 40. Shares Monetta Fund (X) | | None | J | T | | | | | |
| 41. Common Stock Nabor Industries, Inc. (X) | | None | J | T | | | | | |
| 42. Common Stock NCR (X) | | None | J | T | | | | | |
| 43. Shares of Neuberger Berman Manhattan Fund (X) | | None | J | T | | | | | |
| 44. Shares of Nicholas Fund, Inc. (X) | | None | J | T | | | | | |
| 45. Common Stock of Occidental Petroleum, Inc. (X) | | None | J | T | | | | | |
| 46. Common Stock Phillip Morris, Inc. (X) | | None | J | T | | | | | |
| 47. Common Stock Citi Group, Inc. (X) | | None | J | T | | | | | |
| 48. Shares of Hartford Financial Services Group (X) | | None | J | T | | | | | |
| 49. Common Stock The Timeken Co. (X) | | None | J | T | | | | | |
| 50. Common Stock Triton Group, Ltd. (X) | | None | J | T | | | | | |
| 51. Shares of Vanguard Federal Money Market Fund (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Shares of Vanguard Wellesley Fund (X) | | None | J | T | | | | | |
| 53. Shares of Vanguard Windsor Fund (X) | | None | J | T | | | | | |
| 54. Common Stock of Starwood Hotels (X) | | None | J | T | | | | | |
| 55. Common Stock of Visteon Corp. (X) | | None | J | T | | | | | |
| 56. PREVIOUSLY DELETED | | | | | | | | | |
| 57. PREVIOUSL DELETED | | | | | | | | | |
| 58. Vanguard Wellington Fund | C | Dividend | K | T | | | | | |
| 59. Vanguard Wellesley Fund | C | Dividend | K | T | | | | | |
| 60. PREVIOUSLY DELETED | | | | | | | | | |
| 61. PREVIOUSLY DELETED | | | | | | | | | |
| 62. PREVIOUSLY DELETED | | | | | | | | | |
| 63. PREVIOUSLY DELETED | | | | | | | | | |
| 64. PREVIOUSLY DELETED | | | | | | | | | |
| 65. PREVIOUSLY DELETED | | | | | | | | | |
| 66. Calvert Inco (CFICX) | A | Dividend | J | T | | | | | |
| 67. Croft Leomin (CLVFX) | A | Dividend | J | T | | | | | |
| 68. Hartford SMA (IHSAX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oppenheimer (OPSIX) | A | Dividend | J | T | | | | | |
| 70. PREVIOUSLY DELETED | | | | | | | | | |
| 71. Hartford Cap (ITHAX) | A | Dividend | J | T | | | | | |
| 72. Henderson IN (HFOAX) | A | Dividend | J | T | | | | | |
| 73. Previously Deleted-See 2010 Report | | | | | | | | | |
| 74. Previously Deleted-See 2010 Report | | | | | | | | | |
| 75. Royce Low PR (RYLPX) | A | Dividend | J | T | | | | | |
| 76. Whitney National Bank-Now Checking Account (Y) | A | Dividend | L | T | | | | | |
| 77. Permanent PO (PRPFX) | A | Dividend | J | T | | | | | |
| 78. Manning & Napier Equity Series (EYEYX) | A | Dividend | J | T | | | | | |
| 79. Henderson Intl Oppty Fd (HFCAX) | A | Dividend | J | T | | | | | |
| 80. 1st AM Real Estate Sec FD Class (FREAX) | A | Dividend | J | T | | | | | |
| 81. Croft Leominster Value (CLVFX) | A | Dividend | J | T | | | | | |
| 82. Ally Bank-(CDs) (Y), See VIII | D | Interest | N | T | | | | | |
| 83. Vanguard Long Term Bond Index Fund (VBLTX) | A | Dividend | L | T | | | | | |
| 84. Vanguard Index Fund Admiralty (VFIAX) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | 5/1/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Unless indicated otherwise (such as common stock), all stocks listed in VII are mutual funds.

X designates stocks inherited

Y-CD's

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. J. McNamara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544